**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
UNITED STATES COURTHOUSE
700 STEWART STREET
SEATTLE, WASHINGTON 98101

**ROBERT S. LASNIK**
DISTRICT JUDGE                                                                                                                        (206) 370-8810

March 6, 2023

**Delivered Via CM/ECF**

    RE:   <u>Suta v. The Home Depot, Inc., *et al.*</u>, C22-0744RSL
            Stipulated Protective Order

Dear Counsel:

On March 3, 2023, the Court received your proposed Confidentiality Stipulation and Protective Order (Dkt. # 18).

Pursuant to Fed. R. Civ. P. 26(c), protective orders may be entered to protect confidential commercial information and/or to limit the scope of specific disclosures. Such protective orders may issue upon a showing of good cause. Although parties may agree on confidentiality among themselves, when they request that the Court be involved, the proposed order must be narrowly drawn, identifying both the type of information that is to be protected and, if not obvious, the reason such protection is warranted.

The stipulated protective order submitted in this case is deficient in that it fails to establish good cause for a protective order as required by Fed. R. Civ. P. 26(c). Although the proposed order specifies categories of types of documents, it is not at all clear how or why the information could be deemed is confidential.

The stipulated protective order received by the Court will remain lodged in the file, but will not be entered. The parties may resubmit a proposed order if they remedy the deficiencies identified in this letter.

                                                    Sincerely,

                                                    Robert S. Lasnik
                                                    United States District Judge