UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VAHID SUTA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE HOME DEPOT, INC.,<br><br>　　　　　　　Defendant. | Cause No. C22-0744RSL<br><br>ORDER FOR FURTHER BRIEFING |

On November 20, 2023, the Court granted in part and denied in part defendant's motion for summary judgment regarding damages. Dkt. # 49. Defendant filed a timely motion for reconsideration. Dkt. # 50. The Clerk of Court is directed to renote the motion for reconsideration on the Court's calendar for Friday, January 12, 2024. Plaintiff may file a response on or before Monday, January 8, 2024. Defendant's reply, if any, is due on or before the note date.

Dated this 18th day of December, 2023.

　　　　　　　　　　　　　　　　　　／s／ Robert S. Lasnik
　　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER FOR FURTHER BRIEFING - 1